# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Garfield County, Utah, et al.

v.

Biden, et al.

Case No. 23-4106

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Joseph R. Biden, Jr., in his official capacity as President of the United States; Deb Haaland, in her official capacity as Secretary of the Interior; the Department of the Interior; Tracy Stone-Manning in her official capacity as director of the Bureau of Land Management; the Bureau of Land Management; Tom Vilsack in his official capacity as Secretary of Agriculture; the Department of Agriculture; Randy Moore in his official capacity as Chief of the U.S. Forest Service; and the U.S. Forest Service.

Appellees_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Jacob D. Ecker
Name of Counsel                                          Name of Counsel

/s/ Jacob D. Ecker
Signature of Counsel                                     Signature of Counsel

U.S. Department of Justice, Env. & Nat. Resources Div., Appellate Section
P.O. Box 7415
Washington D.C. 20044
202-514-4170
Mailing Address and Telephone Number                     Mailing Address and Telephone Number

jacob.ecker@usdoj.gov
E-Mail Address                                           E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

> The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

June 23, 2025_____
Date

/s/ Jacob D. Ecker_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

        On _____ I sent a copy of this Entry of Appearance Form to:
                [date]

_____

at_____,

the last known address/email address, by _____.
                                                        [state method of service]

June 23, 2025_____
Date

/s/ Jacob D. Ecker_____
Signature