**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 14, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs - Appellants,

and

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    Defendants - Appellees,

and

HOPI TRIBE, et al.,

    Defendant Intervenors - Appellees.
_____

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs - Appellants,

and

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs,

No. 23-4106
(D.C. No. 4:22-CV-00059-DN)
(D. Utah)

| | |
|---|---|
| v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>HOPI TRIBE, et al.,<br><br>    Defendant Intervenors - Appellees. | No. 23-4107<br>(D.C. No. 4:22-CV-00059-DN)<br>(D. Utah) |

_____

**ORDER**
_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.
_____

These matters are before the court following review of the parties' Joint Response to Briefing Schedule Order. As an initial matter, the court appreciates the effort the parties took to confer, file a joint response, and describe the areas of agreement and disagreement with care. Upon consideration, the court directs as follows with respect to briefing in these appeals:

1. The parties shall file a joint appendix. The appendix shall be filed by the appellants in Case No. 23-4106, who referred to themselves as Garfield County/State of Utah Appellants, when they file their opening brief.

2. All appellants shall file their opening briefs by October 30, 2023. The groups of appellants in each case may file separate opening briefs, meaning the Garfield County/State of Utah Appellants in Case No. 23-4106 may file one

separate opening brief and the Individual Appellants in Case No. 23-4107 may file their separate opening brief.

3. The parties identifying themselves as the Federal Defendants shall file their response brief by December 19, 2023. The Federal Defendants' response briefs shall address all arguments made by all appellants in both appeals. The Federal Defendants' response brief shall not exceed 26,000 words.

4. The parties identifying themselves as the Tribal Nation Intervenors and the SUWA Intervenors may file separate response briefs that address all arguments made by the appellants in both appeals by January 9, 2024. The Intervenors' response briefs should avoid duplication of the Federal Defendants' brief where possible. Each set of Intervenors may file a brief that does not exceed 15,300 words.

5. If the appellants elect to file reply briefs, they must file them by February 9, 2024. Just like the opening briefs, each set of appellants in the appeals may file a separate reply brief. The reply briefs must not exceed 9,000 words each.

The court appreciates the parties' representation that at the time their Joint Response was filed, they do not anticipate requesting any extensions of time for briefing. If this schedule become unworkable in the future, however, the parties should note that if the court grants an extension to any party to file a brief, the extension will be applied to all parties in that phase of briefing. This policy aims to avoid confusion over subsequent brief deadlines. For example, if the Individual Appellants request an extension of time to file their opening brief, if granted the court would extend the time for the Garfield

County/State of Utah Appellants to file their opening brief as well. If an extension of the above briefing schedule is granted, the subsequent briefing deadlines will also change. Subsequent briefing deadlines will be set by the court and will not necessarily be governed by this order.

With respect to oral argument, the court will review these appeals in the ordinary course and notify the parties if oral argument will be scheduled. The briefing deadlines set by this order mean the first regularly scheduled argument session for which these appeals could be scheduled is March 18-22, 2024. Due to the court's other business, however, oral argument (if granted) could be scheduled at another time.

>                Entered for the Court
>                CHRISTOPHER M. WOLPERT, Clerk
>
>                *Lara Smith*
>                by: Lara Smith
>                    Counsel to the Clerk