# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| GARFIELD COUNTY, UTAH, *et al.*, <br><br> *Plaintiffs/Appellants,* <br><br> v. <br><br> JOSEPH R. BIDEN, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, <br><br> *Defendants/Appellees,* <br><br> HOPI TRIBE, *et al.*, <br><br> *Defendant-Intervenors-Appellees.* | No. 23-4106 |
| ZEBEDIAH GEORGE DALTON, *et al.*, <br><br> *Plaintiffs/Appellants,* <br><br> v. <br><br> JOSEPH R. BIDEN, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, <br><br> *Defendants/Appellees.* <br><br> HOPI TRIBE, *et al.*, <br><br> *Defendant-Intervenors-Appellees.* | No. 23-4107 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of

Utah Diné Bikéyah, Friends of Cedar Mesa d/b/a Greater Bears Ears Partnership, Archaeology Southwest, Patagonia Works, The Access Fund, and the National Trust for Historic Preservation in the United States

_____
[Party Name(s)]

certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X There is no information to disclose pursuant to Fed. R. App. P. 26.1.

September 15, 2023_____

Date

/s/ Adam Kushner

Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____September 15, 2023_____ I sent a copy of this Disclosure Statement
              [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

September 15, 2023_____

Date

/s/ Adam Kushner_____

Signature