IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| GARFIELD COUNTY, UTAH, *et al.*, *Plaintiffs/Appellants,* v. JOSEPH R. BIDEN, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, *Defendants/Appellees,* HOPI TRIBE, *et al.*, *Defendant-Intervenors-Appellees.* | No. 23-4106 |
| ZEBEDIAH GEORGE DALTON, *et al.*, *Plaintiffs/Appellants,* v. JOSEPH R. BIDEN, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, *Defendants/Appellees.* HOPI TRIBE, *et al.*, *Defendant-Intervenors-Appellees.* | No. 23-4107 |

# ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

<u>American Anthropological Association, Archaeological Institute of America, and Society for American Archaeology,</u>

[Party or Parties][1]

<u>Proposed Intervenors-Appellees</u>, in the above-captioned case(s).

Wayne G. Petty
*/s/ Wayne G. Petty*
Wayne G. Petty Law, PLLC
8 East Broadway, Suite 540
Salt Lake City, Utah 84111
(801) 521-0250
wayne@pettylegal.com

Lori Potter
*/s/ Lori Potter*
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
lpotter@kaplankirsch.com

Nathaniel H. Hunt
*/s/ Nathaniel H. Hunt*
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
nhunt@kaplankirsch.com

Sarah C. Judkins
*/s/ Sarah C. Judkins*
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
sjudkins@kaplankirsch.com

William C. Mumby
(admission pending)
*/s/ William C. Mumby*
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
wmumby@kaplankirsch.com

Brandon M. Rattiner
*/s/ Brandon M. Rattiner*
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
brattiner@kaplankirsch.com

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Timothy A. Roth
(admission pending)
*/s/ Timothy A. Roth*
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
troth@kaplankirsch.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[X] The following individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

American Anthropological Association, Archaeological Institute of America, and Society for American Archaeology

[X] There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 26, 2023
Date

*/s/ William C. Mumby*
William C. Mumby

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Disclosure Statement
   [date]

_____
[name of party]

at_____,
[address]


the last known address/email address, by

_____.
[method of service]


September 26, 2023
Date

 /s/ William C. Mumby
Signature