**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 11, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| GARFIELD COUNTY, UTAH, a Utah political subdivision, et al., | |
| Plaintiffs - Appellants, | |
| and | |
| ZEBEDIAH GEORGE DALTON, et al., | |
| Consolidated Plaintiffs, | |
| v. | No. 23-4106 |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., | (D.C. No. 4:22-CV-00059-DN) (D. Utah) |
| Defendants - Appellees, | |
| and | |
| HOPI TRIBE, et al., | |
| Defendant Intervenors - Appellees. | |

_____

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs - Appellants,

and

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs,

| | |
|---|---|
| v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>HOPI TRIBE, et al.,<br><br>    Defendant Intervenors - Appellees. | No. 23-4107<br>(D.C. No. 4:22-CV-00059-DN)<br>(D. Utah) |

_____

**ORDER**
_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.
_____

These matters are before the court on three motions to intervene by three groups of organizations. The first was filed by Archaeology Southwest, Friends of Cedar Mesa, National Trust for Historic Preservation in the United States, Patagonia Works, The Access Fund, and Utah Dine Bikeyah on September 15, 2023. The second was filed by Conservation Lands Foundation, Society of Vertebrate Paleontology, and Grand Staircase Escalante Partners on September 18, 2023. And the third was filed by American Anthropological Association, Archaeological Institute of America, and Society for American Archaeology on September 26, 2023. Two sets of parties, the Federal Appellees and all Appellants in both appeals, filed responses opposing all three motions on October 5, 2023.

Upon consideration of the motions, the responses, and the procedural history regarding these proposed intervenors, the court denies all three motions to intervene. These groups may instead consider filing *amici curiae* briefs. Any *amici* briefs submitted must comply with Federal Rule of Appellate Procedure 29 and Tenth Circuit Rule 29, however.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk