UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Garfield County, Utah, et al., Plaintiffs-Appellants;
Zebediah G. Dalton, et al., Consolidated Plaintiffs-Appellants

v.

Joseph R. Biden, Jr., et al., Defendants-Appellees;
Hopi Tribe, et al.; Defendants-Intervenors-Appellees

Case No. 23-4106 c/w 23-4107

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Amici Curiae Arizona Senate President Warren Petersen and Arizona House Speaker Ben Toma

[Party or Parties][1]

_____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Dean John Sauer
Name of Counsel

[signature]
Signature of Counsel

13321 N. Outer Forty Road, Suite 300
Mailing Address and Telephone Number

John.Sauer@james-otis.com
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[✓] The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Arizona Senate President Warren Petersen
Arizona House Speaker Ben Toma

[ ] There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 6, 2023
Date

*[signature]*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ____November 6, 2023____ I sent a copy of this Entry of Appearance
                 [date]

Form to:

_____

at _____,

the last known address/email address, by _____.
                                               [state method of service]

November 6, 2023
_____
Date

[signature]
_____
Signature