**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 6, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs - Appellants,

and

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    Defendants - Appellees,

and

HOPI TRIBE, et al.,

    Defendant Intervenors - Appellees.

_____

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs - Appellants,

and

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs,

No. 23-4106
(D.C. No. 4:22-CV-00059-DN)
(D. Utah)

| | |
|---|---|
| v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>HOPI TRIBE, et al.,<br><br>    Defendant Intervenors - Appellees. | No. 23-4107<br>(D.C. No. 4:22-CV-00059-DN)<br>(D. Utah) |

_____

### ORDER
_____

These matters are before the court on three motions to file *amici curiae* briefs. The same people – Senator Warren Petersen as President of the Arizona Senate and Representative Ben Toma as Speaker of the Arizona House of Representatives – filed separate motions in each of these consolidated cases. A third consolidated motion from Manhattan Institute and Reason Foundation was filed in both cases. All proposed *amici* parties wish support the appellants and attached proposed briefs to their motions. No party actively opposed participation by any movant.

Upon consideration, all three motions are granted. *See* 10th Cir. R. 27.5(A)(6) (providing that clerk may grant motion to appear as amicus curiae). The clerk is directed to review the proposed *amici* briefs submitted with the motions and file them on the court's docket if the briefs are compliant. The clerk will notify the *amici* parties of any deficiencies preventing filing, if necessary.

On or before November 13, 2023, counsel for these *amici* parties shall file separate Tenth Circuit Rule 26.1 disclosures.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk