FILED
United States Court of Appeals
Tenth Circuit

November 7, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs - Appellants,

and

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    Defendants - Appellees,

and

HOPI TRIBE, et al.,

    Defendant Intervenors - Appellees.

-------------------------------

MANHATTAN INSTITUTE, et al.,

    Amici Curiae.

_____

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs - Appellants,

No. 23-4106
(D.C. No. 4:22-CV-00059-DN)
(D. Utah)

and

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    Defendants - Appellees,

and

HOPI TRIBE, et al.,

    Defendant Intervenors - Appellees.

------------------------------

ARIZONA HOUSE SPEAKER BEN TOMA, et al.,

    Amici Curiae.

No. 23-4107
(D.C. No. 4:22-CV-00059-DN)
(D. Utah)

_____

## ORDER
_____

These matters are before the court on another three motions to file *amici curiae* briefs. The motions were filed by (1) U.S. Senators Ted Cruz and Mike Lee; (2) Pacific Legal Foundation and American Forest Resource Council; and (3) Blanding City, Utah. All proposed *amici* parties seek leave to support the appellants and included proposed briefs with their motions. No party actively opposed participation by any movant.

Upon consideration, all three motions are granted. *See* 10th Cir. R. 27.5(A)(6) (providing that clerk may grant motion to appear as *amicus curiae*). The clerk is directed to review the proposed *amici* briefs submitted with the motions and file them on the court's docket if the briefs are compliant. The clerk will notify the *amici* parties of any deficiencies preventing filing, if necessary.

On or before November 14, 2023, if they have not already done so, counsel for these *amici* parties shall file their Tenth Circuit Rule 26.1 disclosures.

>                             Entered for the Court
>
>                             CHRISTOPHER M. WOLPERT, Clerk